IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHIOMA IHEJIRIKA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EVANGELIA KLAPAKIS, et al. | : | NO. 10-3190 |

## ORDER

AND NOW, this 29th day of September, 2011, Petitioner Chioma Joy Ihejirika's "Petition for De Novo Naturalization Determination" (doc. no. 1) is granted.

Defendants Evangelia Klapkis, Field Office Director, U.S. Department of Homeland Security, U.S. Citizenship & Immigration Services, Philadelphia, PA, Alejandro Mayorkas, Director, U.S. Department of Homeland Security, U.S. Citizenship & Immigration Services, and Janet Napolitano, Secretary, U.S. Department of Homeland Security are directed to naturalize petitioner Ihejirika as a United States citizen.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.